AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

TAX TRUELOVE, also known as Andrew Greenwood,

*Plaintiff*

v.

DETECTIVE BROWNELL, DOE DETECTIVES 1-8, COURTNEY BALDWIN, MR. BALDWIN, DEVON DOE, MULTIPLE UNKNOWN INFORMANTS, LIBERTY MOTEL, OWNERS AND EMPLOYEES OF LIBERTY MOTEL, JOSEPH RAMSELL, TIMOTHY GREENWOOD, LISA GREENWOOD and KRISANDREA PAULSON,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 26, 2025**

SEAN F. McAVOY, CLERK

Civil Action No. 4:25-cv-05022-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Complaint, ECF No. 1, is DISMISSED with prejudice for failure to state a claim upon which relief may be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Mary K. Dimke

Date:  9/26/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams