AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Mar 26, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ANDREW GREENWOOD, also known as Tax Truelove, *Plaintiff* v. DETECTIVE MARK BROWNELL, et al., *Defendant* | ) ) ) ) ) Civil Action No.   4:25-cv-05022-MKD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:   This action is DISMISSED without prejudice pursuant to LCivR 4l(b)(2).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Mary K. Dimke _____

Date:   March 26th, 2026 _____

*CLERK OF COURT*

s/Sean F. McAvoy _____
*Signature of Clerk*